### IPVENTURE, INC., Appellant

v.

### FEDEX CORPORATION, Appellee

2016-1911

United States Court of Appeals, Federal Circuit.

May 9, 2017

C. DOUGLASS THOMAS, IpVenture, Los Altos, CA, argued for appellant.

JEFFREY A. BERKOWITZ, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented by MICHAEL VINCENT

by way of lexicography, or it is to be read consistent with the plain and ordinary meaning.

YOUNG, SR.; E. CHRIS CHERRY, FedEx Legal Department, Memphis, TN.

(Dyk, O'Malley, and Hughes, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**